FILED

2021 OCT 15 PM 4:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY:_____ KMM

1  GWENDOLYN CARTER
2  13536 LAKEWOOD BLVD 221
   BELLFLOWER, CA 90706
3
4  424-348-1587
   gwendolynzmail@yahoo.com
5

6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9
                      WESTERN DISTRICT
10

| | |
|---|---|
| GWENDOLYN CARTER<br><br>Plaintiff,<br><br>vs.<br><br>RAMADA INN LAX IN REM<br><br>GAVIN NEWSOME IN PERSONAM<br><br>RAMADA INN LAX in rem<br><br>CARLOS (LAST NAME UNKNOWN) IN PERSONAM<br><br>KAYLEE CHOI IN PERSONAM<br><br>CLAIRE GAETO IN PERSONAM<br><br>JOSEPH GHIMM IN PERSONAM<br><br>HOLLY MITCHELL IN PERSONAM<br><br>ROB BONTA IN PERSONAM<br><br>LOS ANGELES COUNTY TAX COLLECTOR ASSESSOR IN REM | Case No.: 2:21-CV-8208-SVW-KESx<br><br>COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES, SPECIAL DAMAGES, INJUNCTIVE RELIEF RECEIVERSHIP OF PROPERTY JURY TRIAL DEMANDED DEMAND<br><br>$1,500,000,000. USD<br><br>NOTICE OF CONSTITUTUTIONAL QUESTIONS<br><br>JUDICIAL NOTICE<br><br>APPOINTMENT OF AN INDIGENOUS IN REM REC |

1

KEITH KNOX IN PERSONAM

CALIFORNIA FRANCHISE TAX BOARD IN REM

SELVI THOMAS IN PERSONAM

THOMAS AROGON IN PERSONAM

CALIFORNIA DEPARTMENT OF PUBLIC HEALTH IN REM

CENTER FOR DISEASE CONTROL FOUNDATION IN REM

UNITED NATIONS ORGANIZATION

INTERNATIONAL MONETARY FUND IN REM

ISRAEL IN REM

INTERNAL REVENUE SERVICE

AMERICAN BANKERS' ASSOCIATION IN REM

CALIFORNIA LAND TITLE ASSOCIATION IN REM

CENTINELA HOSPITAL IN REM

JAGDEEP S. TUNG IN PERSONAM


AND DOES 1-∞ INCLUSIVE


Defendants

2

## NATURE OF THE CASE

1

My name is Gwendolyn Carter, I am bloodline heir to the USA v. The Heirs of
Henry Turner. I moved into the Ramada Inn LAX over a year ago and began
immediately to experience problems. The Ramada Inn LAX refuses to fix
plumbing problems. As a result of this I was exposed for over seven days to raw
sewage. It has created a problem with my lymphatic system. I am asking the Court
for immediate injunctive relief and to place the building in receivership. The
County of Los Angeles Department of Public Health ordered the owner to fix the
property within 24 hours and move me. I told them that the problem started over a
year ago and I wanted to move from the hotel. I was exposed so severely to sewage
that I developed and currently have lymphatic disorder. The hotel has fixed the part
of the raw sewage, but I am very ill. I have repeatedly asked for their premises
liability carrier, and they refused. I have lived in the Ramada Inn LAX for over 14
months. There has been no effort to correct the situation and the County, City, etc
are in collusion. The County of Los Angeles said that the property was unlivable.
The County Supervisor failed to take corrective action and violated my federally
protected rights and my right to privacy. A series of events have transpired and still
the problem has not been resolved. In fact, it is worse. I have been harassed,
physically attacked, and have suffered great bodily injury. I am not the only person
who these people have harmed. In 2004 the United States Supreme Court told the
State of California that it had no jurisdiction because it owned no land. One can
carefully look at the formation of the United Nations in San Francisco in 1946 and
the "investment" in the United States of America by foreign nations and see the
correlation between the United States of America Corporation and the mass
immigration of Europeans. The institution of the Treaty of Berne, the Universal
Postal Union, and the rise of over 400 years of slaughter of indigenous people. The
violence is so aggressive that we are at risk of ethnic cleansing. Currently, I seek to
stop the activities and restore my land rights. I seek the foreclosure in rem of all
buildings, businesses, and persons both artificial and natural who are not bloodline
to this land.

## JURISDICTION AND PARTIES

2

3

. Defendants, all maintain Corporations or other business forms with principal places of business in Los Angeles County and/or enforce unlawful tax collection in this area. All events giving rise to this incident took place in this judicial district. Therefore, jurisdiction of this court is proper.

## PARTIES INVOLVED

3

1. Gwendolyn Carter, a natural woman. Bloodline to 8 indigenous tribes of America, relator, suis juris for indigenous people of the Americas, jurat de jour.

2. RAMADA INN LAX. In rem Unlawful occupant of tribal land. Unlawful tax collections of indigenous people. Blatant violator of every cause of action and all legitimate treaties. Securities fraud, unlawful debt collections practices. Violator of federally protected rights.

3. CARLOS (LAST NAME UNKNOWN UNIDENTIFIED SECURITY GUARD) Security guard who violently attacked my guest and myself. Refused to be identified. He continues to harass me, and he took unauthorized videos of me and circulated them.

4

He has continued to stalk and harass me and lacks understanding or concern about federal rights.

4. Kaylee Choi in personam, she is an integral part of racial hate and has imposed taxation on Indians. Central figure in this crime ring.

5. Claire Gaeto in personam, she is an integral part of racial hate and has imposed taxation on Indians. Central figure in this crime ring.

6. Joseph Ghimm in personam, he is an integral part of racial hate and has imposed taxation on Indians. Central figure in this crime ring. He is foreign born and was admitted by the United States of America Corporation.

7. Rob Bonta, in personam. He is the California State Attorney General. It is his office that issues guard cards and fails to prosecute the violations and corrupt judges. He is not indigenous to the land and has shown loyalty in his entire career the United Nations. He and his office are being sued to stop the ongoing violence against my people.

8.  Holly Mitchell is a life-long feckless politician. When I contacted her office to assist me, a bunch of foreign interlopers took retaliatory action. She and her staff are not legitimately elected and have no standing. She is complicit in her actions and has been paid by the United Nations and International Monetary Fund with offset debt and not real money.

9.  Los Angeles County Tax Collection Assessor. In rem. Full-fledged thieves.

10. Keith Knox in personam. He is the actual person currently collecting and unlawfully taxing Indians. He is the ringleader and the side show of securities fraud and interference with private land rights.

11. Center for Disease Control Foundation in rem Agency that is pushing the chemical weapons on my people. Formed by drug companies and an illegitimate congress. Parent organization of the Center for Disease Control. Has been served notice to cease and

desist and get off our land. Is the key to the human experiments and the use of chemical warfare.

12. CALIFORNIA FRANCHISE TAX BOARD in collection agency for the United Nations.

13. SELVI STANISLAUS in personam director of California Franchise Tax Board. She is a foreign agent and is the head enforcer of the organized crime in California.

14. CALIFORNIA DEPARTMENT OF PUBLIC HEALTH in rem An Agency recently created who has been pumping chemicals in my people.

15. TOMAS ARAGON in personam. The head of the chemical warfare organization.

16. UNITED NATIONS IN REM. Defendant is not a party to any treaty and does not have permission to be on our land. It is the central organization representing the European Interlopers who are at the core of the mass incarceration of Americans.  It is unlawfully

7

occupying private land and interfering with land patents and U.S Supreme Court holdings. It is the ringleader in the oppression of indigenous people globally and is the epitome of organized crime.

17. INTERNATIONAL MONETARY FUND in rem. It is duplicitous to call it a fund because it has no legitimate currency.

18. ISREAL FORMED IN 1948 in rem. Falsely claims to be ancient people and won its freedom by defeating the Ottoman Empire. Does not have authority to operate on indigenous land. It has no diplomatic agreement with indigenous people and should be treated as an enemy of Indigenous people and an enemy of the State.

19. INTERNAL REVENUE SERVICE IN REM

20. AMERICAN BANKERS' ASSOCIATION IN REM

21. CALIFORNIA LAND TITLE ASSOCIATION IN REM

22. CENTINELA HOSPITAL IN REM

23. JAGDEEP S. TUNG IN PERSONAM

**FACTUAL ALLEGATIONS**

3

Defendant Wyndham by Ramada LAX failed to maintain standard maintenance and caused me great bodily harm. They are unlawfully occupying land which is tribal and ancestral lands. The State of California was told by the United States Supreme Court that it owned no land and had no jurisdiction. Defendants all refused to identify the security guard which violently attached me. All defendants refuse to enforce building codes and conspired to continue unlawful taxation and violence in a very organized way. All defendants have violated my federally protected rights as well as my indigenous rights.

Additionally, the United States of America owns no land. The United States of America Corporation is a violation of the Articles of Confederation, and additionally owns no land. The United Nations Organization is an unwanted and unlawful occupant of the lands "of the Ancient Ones". The Treaty of Berne did not include the land of the "Ancient Ones" and their descendants". The United States of America Sovereign Style never owned land. It never paid all ancient tribes for its occupation. A contract is only valid with consideration. No American Indian gave permission to King Charles II to come onto their land and start the systemic genocide that is still occurring. This action has extreme constitutional questions which must be referred to the Supreme Court. Greed and racism have caused all defendants to violate my tribal and natural rights. It is time for the record to be straightened and for those who are responsible for the slaughter and abuse of my

people to pay their debts and get off the sacred land.

# CAUSES OF ACTION

4.

# FIRST CAUSE OF ACTION
## U.S. Code §113 ASSAULT

Defendants, Ramada Inn LAX, Carlos (last name unknown) Claire Gaeta, Kaylee Choi, Joseph Ghimm , hotel staff, created a mob to attack one of my guests.
**(6)**
Assault resulting in <u>serious bodily injury</u>, by a fine under this title or imprisonment for not more than ten years, or both.
All Defendants conspired to keep the identity of the security guard Carlos hidden and the company for which he works to hinder the filing of an
Complaint with the State Attorney General of California. The State of California and all of its political subdivisions have given permission for foreign interlopers to abuse people that are racially distasteful to them.

**(a)**Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows:
**(1)**
Assault with intent to commit murder or a violation of <u>section 2241</u> or 2242, by a fine under this title, imprisonment for not more than 20 years, or both.
**(2)**
Assault with intent to commit any felony, except murder or a violation of <u>section 2241</u> or 2242, by a fine under this title or imprisonment for not more than ten years, or both.
**(3)**
Assault with a dangerous weapon, with intent to do bodily harm, by a fine under this title or imprisonment for not more than ten years, or both.
**(4)**
Assault by striking, beating, or wounding, by a fine under this title or imprisonment for not more than 1 year, or both.
**(5)**

Simple assault, by a fine under this title or imprisonment for not more than six months, or both, or if the victim of the assault is an individual who has not attained the age of 16 years, by fine under this title or imprisonment for not more than 1 year, or both.

**(6)**

Assault resulting in <u>serious bodily injury</u>, by a fine under this title or imprisonment for not more than ten years, or both.

## SECOND CAUSE OF ACTION
## CONSTRUCTIVE EVICTION
### CCP § 1940 (2)

) It is unlawful for a landlord to do any of the following for the purpose of influencing a tenant to vacate a dwelling:

(1) Engage in conduct that violates <u>subdivision (a) of Section 484 of the Penal Code</u> .

(2) Engage in conduct that violates <u>Section 518 of the Penal Code</u> .

(3) Use, or threaten to use, force, willful threats, or menacing conduct constituting a course of conduct that interferes with the tenant's quiet enjoyment of the premises in violation of <u>Section 1927</u> that would create an apprehension of harm in a reasonable person.   Nothing in this paragraph requires a tenant to be actually or constructively evicted in order to obtain relief.

(4) Commit a significant and intentional violation of <u>Section 1954</u> .

(5) Threaten to disclose information regarding or relating to the immigration or citizenship status of a tenant, occupant, or other person known to the landlord to be associated with a tenant or occupant.   This paragraph does not require a tenant to be actually or constructively evicted in order to obtain relief.

(b) A tenant who prevails in a civil action, including an action in small claims court, to enforce his or her rights under this section is entitled to a civil penalty in an amount not to exceed two thousand dollars ($2,000) for each violation.

(c)  An oral or written warning notice, given in good faith, regarding conduct by a tenant, occupant, or guest that violates, may violate, or violated the applicable rental agreement, rules, regulations, lease, or laws, is not a violation of this section. An oral or written explanation of the rental agreement, rules, regulations, lease, or laws given in the normal course of business is not a violation of this section.

(d)  This section does not enlarge or diminish a landlord's right to terminate a tenancy pursuant to existing state or local law; nor does this section enlarge or diminish any ability of local government to regulate or enforce a prohibition against a landlord's harassment of a tenant.

All defendants are involved in this action. The State of California has participated because they not only refuse to prosecute the interlopers it participates aggressively

In the genocide of indigenous people.

## THIRD CAUSE OF ACTION

### 18 U.S. Code CHAPTER 96 §1961-§1968

## RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

**(1)**
"racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 (relating to bribery), section 224 (relating to sports bribery), sections 471, 472, and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 664

(relating to embezzlement from pension and welfare funds), sections 891–894
(relating to extortionate credit transactions), section 1028 (relating to fraud and
related activity in connection with identification documents), section 1029 (relating
to fraud and related activity in connection with access devices), section 1084
(relating to the transmission of gambling information), section 1341 (relating to
mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to
financial institution fraud), section 1351 (relating to fraud in foreign labor
contracting), section 1425 (relating to the procurement of citizenship or
nationalization unlawfully), section 1426 (relating to the reproduction of
naturalization or citizenship papers), section 1427 (relating to the sale of
naturalization or citizenship papers), sections 1461–1465 (relating to obscene
matter), section 1503 (relating to obstruction of justice), section 1510 (relating to
obstruction of criminal investigations), section 1511 (relating to the obstruction
of State or local law enforcement), section 1512 (relating to tampering with a
witness, victim, or an informant), section 1513 (relating to retaliating against a
witness, victim, or an informant), section 1542 (relating to false statement in
application and use of passport), section 1543 (relating to forgery or false use of
passport), section 1544 (relating to misuse of passport), section 1546 (relating to
fraud and misuse of visas, permits, and other documents), sections 1581–1592
(relating to peonage, slavery, and trafficking in persons).,[1] sections 1831 and
1832 (relating to economic espionage and theft of trade secrets), section 1951
(relating to interference with commerce, robbery, or extortion), section 1952
(relating to racketeering), section 1953 (relating to interstate transportation of
wagering paraphernalia), section 1954 (relating to unlawful welfare fund
payments), section 1955 (relating to the prohibition of illegal gambling
businesses), section 1956 (relating to the laundering of monetary instruments),
section 1957 (relating to engaging in monetary transactions in property derived
from specified unlawful activity), section 1958 (relating to use of interstate
commerce facilities in the commission of murder-for-hire), section 1960 (relating
to illegal money transmitters), sections 2251, 2251A, 2252, and 2260 (relating to
sexual exploitation of children), sections 2312 and 2313 (relating to interstate
transportation of stolen motor vehicles), sections 2314 and 2315 (relating to
interstate transportation of stolen property), section 2318 (relating to trafficking in
counterfeit labels for phonorecords, computer programs or computer program
documentation or packaging and copies of motion pictures or other audiovisual
works), section 2319 (relating to criminal infringement of a copyright), section
2319A (relating to unauthorized fixation of and trafficking in sound recordings and
music videos of live musical performances), section 2320 (relating to trafficking in

goods or services bearing counterfeit marks), section 2321 (relating to trafficking in certain motor vehicles or motor vehicle parts), sections 2341–2346 (relating to trafficking in contraband cigarettes), sections 2421–24 (relating to white slave traffic), sections 175–178 (relating to biological weapons), sections 229–229F (relating to chemical weapons), section 831 (relating to nuclear materials), (C) any act which is indictable under title 29, United States Code, section 186 (dealing with restrictions on payments and loans to labor organizations) or section 501(c) (relating to embezzlement from union funds), (D) any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States, (E) any act which is indictable under the Currency and Foreign Transactions Reporting Act, (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B);

**(2)**
"State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency, or instrumentality thereof.

All defendants are participants in this cause of action.

## FOURTH CAUSE OF ACTION

### 18 U.S. Code §1621 - Perjury general

**(1)**
having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration,

14

deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

**(2)**

in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true.

is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

All defendants have falsified documents, violated oaths and the State of California is complicit in the unlawful taxation of Indians nationwide.

# FIFTH CAUSE OF ACTION

## Conspiracy and Fraud in Violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. (sec) 1962, and Request for Treble Damages.

The actions of defendants in this case stem from over 400 years of oppression, Murder, genocide, violations of treaties and must be dealt with as such.

# SEVENTH CAUSE OF ACTION

# PEONAGE

# 18 U.S. CODE CHAPTER 77 §1581-1597

15

**(a)**

Whoever holds or returns any person to a condition of peonage or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

**(b)**

Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).

The State of California using law enforcement and unlawful elections have established their "democracy". Voting rights come with land ownership. It is unlawful and must stop.  They fail to inform the commercial defendant that he or she has a $100,000,000,000. Offset bond created under defendant United Nations Organization, and the International monetary fund. This definitely raises a constitutional question and must be addressed immediately.

## EIGHTH CAUSE OF ACTION
## 18 U.S. CODE § 2331

**(1)**the term "international terrorism" means activities that—

**(A)**

involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;

**(B)**appear to be intended—

**(i)**

to intimidate or coerce a civilian population.

**(ii)**

to influence the policy of a government by intimidation or coercion; or

**(iii)**

to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

**(C)**

occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the <u>persons</u> they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum;

**(2)**

the term "<u>national of the United States</u>" has the meaning given such term in section 101(a)(22) of the <u>Immigration and Nationality Act</u>;

**(3)**

the term "<u>person</u>" means any individual or entity capable of holding a legal or beneficial interest in property;

**(4)**the term "<u>act of war</u>" means any act occurring in the course of

**(A)**

declared war;

**(B)**

armed conflict, whether or not war has been declared, between two or more nations; or

**(C)**

armed conflict between military forces of any origin;

**5)**the term "<u>domestic terrorism</u>" means activities that—

**(A)**

involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;

**(B)**appear to be intended—

**(i)**

to intimidate or coerce a civilian population.

**(ii)**

to influence the policy of a government by intimidation or coercion; or

**(iii)**

to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

**(C)**

occur primarily within the territorial jurisdiction of the United States; and

**5)**the term "<u>domestic terrorism</u>" means activities that—

**(A)**

involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State.

**(B)**appear to be intended—

17

**(i)**

to intimidate or coerce a civilian population.

**(ii)**

to influence the policy of a government by intimidation or coercion; or

**(iii)**

to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

**(C)**

occur primarily within the territorial jurisdiction of the United States; and

**6)**the term "military force" does not include any person that—

**(A)**has been designated as a—

**(i)**

foreign terrorist organization by the Secretary of State under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189); or

**(ii)**

specially designated global terrorist (as such term is defined in section 594.310 of title 31, Code of Federal Regulations) by the Secretary of State or the Secretary of the Treasury; or

**(B)**

has been determined by the court to not be a "military force


All defendants are participants.


# NINTH CAUSE OF ACTION
## 18 U.S. CODE 11B CHEMICAL WARFARE

**(a)UNLAWFUL CONDUCT.**—Except as provided in subsection (b), it shall be unlawful for any person knowingly—

**(1)**

to develop, produce, otherwise acquire, transfer directly or indirectly, receive, stockpile, retain, own, possess, or use, or threaten to use, any chemical weapon; or

**(2)**

to assist or induce, in any way, any person to violate paragraph (1), or to attempt or conspire to violate paragraph (1).


All defendants have actively conspired and participated in multiple ways in

18

organized crime. They have falsified records and the State of California has eliminated the Office of Authentications to prevent us from getting free from the United Nations.

The State of California and its political subdivision do not have the authority to Mandate vaccines.

## PRAYER FOR RELIEF

I am asking the Court to foreclose in rem on all unlawful occupation of the land of the Ancient Ones and additionally issue in personam warrants on persons who do no have the right to occupy tribal lands in the Americas.

1. PRELIMINARY INJUNCTION WITHOUT FURTHER NOTICE PENDING THE FILING OF AN ACTION IN THE UNITED STATES COURT OF FEDERAL CLAIMS UNDER EQUITY AND LAWS WRITS OF QUO WARRANTO, WRITS OF HABEUS CORPUS, PROHIBITION FOR THE SALE OR DEVELOPMENT OF ANY OF LAND, WRIT OF MANDATE,

(1) *Issuing Without Notice.* The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

(2) *Contents; Expiration.* Every temporary restraining order issued without notice must state the date and hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court,

19

for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record.

(3) *Expediting the Preliminary-Injunction Hearing.* If the order is issued without notice, the motion for a preliminary injunction must be set for hearing at the earliest possible time, taking precedence over all other matters except hearings on older matters of the same character. At the hearing, the party who obtained the order must proceed with the motion; if the party does not, the court must dissolve the order.

## 2.  a) APPOINTMENT OF A RECEIVER IN REM RECEIVER WHO IS INDIGENOUS TO THE LAND

If the requirements of section 3101 are satisfied, a <u>court</u> may appoint a receiver for <u>property</u> in which the <u>debtor</u> has a substantial nonexempt interest if the <u>United States</u> shows reasonable cause to believe that there is a substantial danger that the <u>property</u> will be removed from the jurisdiction of the <u>court,</u> lost, concealed, materially injured or damaged, or mismanaged.

3.  Cease all real estate transactions because it is created from bankruptcy debt and causes homelessness because of the greed of foreign interlopers.
4.  Door-dash, Instacart, lyft, and all other unnamed have a commercial license Or register with the indigenous trust. Doordash does have live customer service the others do not.
5.  A ban on cloned meat and genetically modified foods.
6.  Stop the sale of surplus on behalf of and by government agencies.
7.  I am asking for the Court to Order the American Banking Association to issue routing numbers for the purpose of separating our assets.
8.  The State of California assets and accounts be placed in rem receivership.
9.  That all real estate transactions cease because it interferes with the use of our lands, and it records bankruptcy debt as equity.
10. A ban on high fructose corn syrup and all artificial sweeteners, not directly derived from a plant that has been modified.
11. A ban on evictions because in order to do so you would have to be a sovereign landowner.
12. An order to hold all persons both artificial and natural who have evicted indigenous people to pay the unpaid taxes owed by the United States of America Corporation to the Empire of Morocco as described in the Barbary Treaties.

13. I am also asking for the Court to order that the ABA issue separate routing and identification numbers so as we may separate our assets from that of the bankrupt people who have citizenship in a bankrupt corporation.

14. Order that the interlopers be properly identified by genetic testing to determine if they carry the Neanderthal Gene know to be the carrier of Covid -19

15. I further request an order to ground and seize all airplanes landing on tribal land especially from international airlines who have used the United Nations to land on tribal land and not pay taxes. Further their crews must be taken into custody and tested for the specifically for the neanderthal gene presence which the real carrier and spreader of Covid-19.

16. In Rem receivership of the stock, bond, connected to all parties issued a CUSIP number by the IMF for their access to land that is external to the United States of America Corporation, any person or parties, and their descendants, that was

17. That all defendants be held in personam jurisdiction at their expense with no bail until their debts are satisfied.

18. An Order foreclosing in rem on all real properties, non-profit organizations, and trusts seeking or claiming to own or control land that does not belong to them.

19. That the Constitutional Question Notice be certified

20. That the offset debt being called equity stop immediately

21. That each defendant prove how they own land.

22. That all U S Supreme Court rulings be enforced forthwith pertaining to

23. That the unlawful taxes collected be placed in a receivership account

24. That banks, real estate agents and brokers stop recording my voice without my consent.

25. That all publicly traded company stocks be immediately placed in rem receivership.

26. Rule 5.1. Constitutional Challenge to a Statute

27. All children crossing the border by themselves and placed in custody by a federal agency with a relative declare that the relative is part of the human trafficking ring and that all of them be stripped of their offset bonds.

28. That no on shall record the voice or image of anyone without a court order.

29. All people earning income from delivery driving file for a commercial license and register for testing to determine their identity.

30. Special identification of our vehicles and persons.

31. Enjoin the use of our tribal land without proper identification.

21

(a) NOTICE BY A PARTY. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly:

(1) file a notice of constitutional question stating the question and identifying the paper that raises it, if:

(A) a federal statute is questioned, and the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity; or

(B) a state statute is questioned, and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity; and

(2) serve the notice and paper on the Attorney General of the United States if a federal statute is questioned—or on the state attorney general if a state statute is questioned—either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.

(b) CERTIFICATION BY THE COURT. The court must, under 28 U.S.C. §2403, certify to the appropriate attorney general that a statute has been questioned.

© INTERVENTION; FINAL DECISION ON THE MERITS. Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.

(d) NO FORFEITURE. A party's failure to file and serve the notice, or the court's failure to certify, does not forfeit a constitutional claim or defense that is otherwise timely asserted. The intervention period, and the court retains authority to grant interlocutory relief. The court may reject a constitutional challenge to a statute at any time. But the court may not enter a final judgment holding a statute unconstitutional before the attorney general has responded or the intervention period has expired without response. This rule does not displace any of the statutory or rule procedures that permit dismissal of all or part of an action—including a constitutional challenge—at any time, even before service of process.

In this case Rule 4 does not apply because the United States of America Corporation is not the United States of America Attorney General. He is also an interloper. He is not indigenous to the soil, he owns no land, and he was appointed by a bankrupt corporation. However, I believe that he will address issues and, he will act effectively on behalf of Indigenous people. I have filed a Letter of Marque and Reprisal, to provide Mr. Garland to legally work as a privateer.

Additionally, there is a Constitutional Question about the OPT OUT mentality. It is unlawful.

32. I ask that all bank owned properties be placed in rem and all their warranty deeds of title canceled and true bills be created for collection of unpaid taxes.

33. That the County Recorder of each County record the superior lien and a lis pendas on all property located on our tribal lands national.

34. Notice to the agent is notice to the principle.

35. That all the Secretary of State record public notices that the State of California owns no land.

36. An order that all sales of land and lots immediately cease and desist.

37. That all evictions by landlords, etc require that they assume the back taxes owed to the Empire of Morocco.

38. An order to stop any future sales of transfers of real estate that is allegedly paid for with offset credits from the United States of America Bankruptcy.

39. The prohibition of recording my voice without my permission.

40. The immediate proper identification based upon genetic testing of these people.

41. Public notice published that the State of California owns no land.

42. Order of ejectment from real estate named.

43. I additionally request any other relief that the Court deems appropriate.

Respectfully submitted,

DATED: 10/14/2021

_GWENDOLYN CARTER PRO SE_

PROPOSED ORDER

24

The Court grants the order as requested.

Or in the alternative the following:

Dated: _____

# MEMORANDUM IN SUPPORT OF COMPLAINT

The United States of America corporation is a fraudulent and counterfeit organization that hijacked the Sovereign United States of America formed under the Articles of Confederation. Its creation is unlawful and must be addressed by the United States Supreme Court. It is bankrupt. It owns no land. It has allowed the unlawful occupation of sacred lands by beings that might not be human. The National Institute of Health released a report in September 2020, which clearly indicated that the source of the spread of Covid-19 and its variants comes from people with Neanderthal DNA. Covid-19 weakens the heart. It is an attempt at ethnic cleansing of melanin from the planet. The massive deaths of people listed as Black or African American is elevated because of the poor and synthetic diets which block the healing that is genetically programmed.  I am asking that the court immediately issue a writ of quo warranto to every state in the United States of America Corporation, writ of habeas corpus, writ of Prohibition, writ of mandate to shut down this uncontrollable invasion of enemies of the not only the State but of Indigenous people of America. I seek in rem foreclosure and receivership of all businesses operating under the land grants treaties issued by James I, King Charles I, King Charles II, King Charles III, King Richard the Magna Carta of 1250. I will commence this project with the Ramada Inn LAX and its owner, his staff, sub-tenants and the State of California.
There are multiple United States Supreme Court decisions which can be applied.
The court was further recognized what is a treaty and the difference between the constitutional monarchy of England, Great Britain charter, the United Kingdom, and America.

The Articles of Confederation are what determines the United States of America. The ratification of the articles of Confederation on land that was chartered under the authority of royalty could not be transferred. The confederation never ceased to exist when southern States, named below, seceded from the Union. The land for Washington District of Columbia is still under the authority of the Writ in charter land grants and cannot be assumed by any other entity without the consent and the laws generated by the parliament of England and King Charles II. That is a dead deal.  United States Supreme Court decisions have been made from the courts which John Hanson Jr., (grandson of  John Hanson Sr), donated use but did not transfer or surrender to the Confederacy. The United States of America Under

President Barack Obama, through the office of the Secretary of State, I authenticated my birth under a non-Hague Nation and affirmed that I have full faith and credit. Upon researching to find that meaning and the origin of it I discovered it comes from the articles of confederation and first president of the Confederacy which clearly defines what the Nation. President, John Hanson Jr, established the courts, the office of the Secretary of State for the Confederate Union the Treasury and the military. A series of US Supreme Court decisions dating back to the 1700s did the following:

1. Established the United States Supreme Court
2. Established the office of Secretary of State.

There are other significant cases and decisions from the Supreme Court of The United States of America.

1. The law of the chartered land is common law as established through the Magna Carta. However, the Empire of Morocco existed first and re-emerged to claim its people publicly.
2. The transfer of property entitled the way it must be done signed off by the king
3. The United States Code is unlawful.
4. The United States of America Corporation is unlawful and did not have any authority to enter treaties and bring foreign thieves to my land.
5. Penhollow v Doane's administrators. This Case established that the United States of America is an artificial person and shall not have contract with a natural person.
6. An Artificial person is legally incompetent and must be represented. Therefore, an artificial person can not withstand challenges under the federal rules of evidence. It can not testify or be deposed.

7.
   aLikewisernmenfotpurposeItHAmerAmeorSanford1848HerrWyThewendoly
8. Iannucci v US Trademark Office
9. Voter Rights Act of 1964 was unlawful because the indigenous people already had the right to vote and own land.
10. The right to vote does not originate with corporations and campaign donations. It is unlawful.

11. Hererra v. Wyoming 2019 confirmed that a Treaty can't be amended by a State. Further defined beneficiary rights. However, there too presents a constitutional question. The decision was made by the United States of America Corporation congress and is not valid.

12. IANCU v Brunetti, **No. 18–302, 588 U.S.** ___ (2019)

13. In 466 U.S. 198 (1984) though it addressed the immoral conditions law, it did not address the issue that the United States Code is unlawful.

14. at all the US supreme Court ruling that California has no jurisdiction because it owned no land. Nothing has changed. Further the Treaty of Guadalupe Hildago clearly address white men only. It left out indigenous people. That too is a constitutional question that should be addressed and struck.

15. There are constitutional questions and I have served notice in other filings in the Superior Courts for the State of California in the following counties:

16. At this point in time, I'm asking for in-rem receivership of all properties in California as well as anywhere our treaties and indigenous rights have been violated. I am demanding that the United States Department of Justice open investigations on the case numbers which I have listed under exhibits. These cases show where the Superior Court of California Judges have violated laws and are purely corrupt.

Respectfully submitted,

Dated: 09/13/2021

Gwendolyn Carter pro se

# DECLARATION OF GWENDOLYN CARTER

1. My name is Gwendolyn Carter
2. I do not descend from an artificial womb.
3. I am not a citizen of the United States of America Corporation.
4. I have authenticated my birth under the United States of America Secretary of State and through my genetic bloodlines.
5. The United States of America Corporation, through the United States Department of State Secretary of State office has signed and sealed that I have full faith and credit in my certificate of birth as presented from the seal of the State of California.
6. I am a natural human being.
7. The United States of America Corporation Department of commerce can show no records of my parents and ancestors having been classified as contraband, an item on a bill of lading, or naming my biological mother as an artificial person.
8. My birth certificate was created fraudulently and under the laws of the United States of America Corporation which is not the same as the United States of America, Sovereign Nation.
9. I am a descendant multiple treaties which existed before the formation of the United States of America Sovereign Nation and the United States of America Corporation.
10. The United States of America's Sovereign Nation was created through the Articles of Confederation.
11. I hereby invoke the articles of confederation, the Barbary Treaties, my Indigenous Rights, my Plenipotentiary right, and my bloodline rights under Common Law I further invoke ecclesiastical rights, The Paramount Treaty, and all instruments of my forefathers.
12. I demand that your interloping unlawful presence be addressed in accordance with pre- historic tradition.
13. You have continued to trespass.
14. It is very dangerous and I feel unsafe with the aggressive behavior of interlopers.
15. I will seek any remedy deemed appropriate.
16. As descended from the" Ancient Ones" I invoke the Barbary treaties.

17. I have been viciously attacked and injured by defendants. There are constitutional questions if citizenship in the United States of America corporation gives you any voting rights. I say it doesn't.

18. We have for interlopers on our tribal land and the building is so dilapidated I'm asking for in receivership I have open wounds from their injuries and their physical attacks I'm asking for receivership of the building so that is it may be abated and that the testing can happen I am in full lymphatic response.

19. As a result of their negligence and their disdain for authorities I am asking for immediately to abate this building and to do the testing I am sick and so is my puppy

20. The swelling was so bad that I fail and had to call the paramedics to pick me up

21. Fortunately, by academic education I am a molecular and cellular biologist and biochemist. I am a q c chemist and I also compound pharmaceuticals naturally I was able to get response I must move immediately. I feel they are responsible and not only that they own no land the state of California owns no land. United States Supreme Court told the state of California that they own no land and is therefore had no jurisdiction. This is not my best work but I have been unable to get anyone to help me including the county they came out and cited the business but wouldn't file for receivership. I'm asking for a case number and immediate injunction pending quo warranto.

Dated: 09/20/2021

Gwendolyn Carter

---

DECLARATION OF GWENDOLYN CARTER